Argued and submitted February 27, affirmed June 11, 1997

STATE OF OREGON,
*Respondent,*

*v.*

HELEN MARIE BOERS,
*Appellant.*

(9507-44977; CA A91891)

940 P2d 521

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the briefs was Sally L. Avera, Public Defender.

Robert M. Atkinson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Richardson, Chief Judge, and Landau, Judge.

PER CURIAM

Affirmed. *Delgado v. Souders*, 146 Or App 580, 934 P2d 1132 (1997); *State v. Rangel*, 146 Or App 571, 934 P2d 1128, *rev allowed* 325 Or 367 (1997).